**Order entered March 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00312-CR

**AMADOR DONJUAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 29206-422**

## ORDER

The State's March 3, 2013 unopposed motion to extend the time for filing the State's brief is **GRANTED**. The brief received by the Court on March 3, 2013 shall be considered filed as of that date.

/s/     DOUGLAS S. LANG
           JUSTICE